**No. 58232.**—James A. Merkel *v.* United States, protest 750268–G (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of moufflons similar in all material respects to those the subject of Abstract 57768, the claim for free entry under paragraph 1681 was sustained.